**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8056**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

MARTY LORENZO WRIGHT,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:95-cr-00039-TEM-TEM-1)

_____

Submitted:  May 30, 2013                Decided:  June 4, 2013

_____

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marty Lorenzo Wright, Appellant Pro Se.  Eric Matthew Hurt, Scott W. Putney, Assistant United States Attorneys, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty Lorenzo Wright appeals the district court's order denying his motion for a "Writ of Coram Nobis." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Wright</u>, No. 4:95-cr-00039-TEM-TEM-1 (E.D. Va. Nov. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>